UNITED STATES GOVERNMENT

# memorandum

DATE:  July 26, 2013

FROM:  Thomas A. Barbeau
       United States Probation Officer

SUBJECT:  **COOKE, Dwight L.
          Dkt. #: 1:03-CR-113-002
          REQUEST FOR INTERNATIONAL TRAVEL**

TO:  The Honorable Sandra S. Beckwith
     Senior United States District Judge


On February 22, 2005, the above captioned defendant appeared before the Court for sentencing after entering pleas of guilty to Conspiracy to Possess with Intent to Distribute in Excess of 50 Grams of Cocaine Base, in Excess of 500 Grams of Cocaine, and Marijuana, in violation of 21 U.S.C. §§ 846 and 841(a)(1) and (B)(1)(A), (b)(1)(B) and (b)(1)(D), as well as Conspiracy to Commit Money Laundering, in violation of 18 U.S.C. §§ 1956(h), (a)(1)(A)(I), and (B)(I). Cooke was sentenced to 240 months imprisonment. He was ordered to complete a five year term of supervised release, pay fines totaling $5,000.00, and pay a $200.00 Special Assessment. Cooke has paid his Court ordered financial obligations in full. On February 20, 2007, the defendant's sentence was amended, and the Court reduced Cooke's sentence to 108 months imprisonment.

Cooke commenced his five year term of supervised release on August 24, 2012. He has maintained a stable residence with his mother and siblings in Cincinnati, Ohio. He has incurred no new criminal charges or arrests, and he has been in compliance with his terms of supervision. He is currently maintaining employment as a construction subcontractor. Cooke was placed on the Low Intensity Caseload on March 4, 2013.

Cooke has requested permission to take a five day cruise with his girlfriend, Tiah Caviness, commencing August 17, 2013. The cruise in question is aboard the Carnival Cruise Liner Fantasy, and is scheduled to depart from Charleston, South Carolina, and make stops at Nassau and Freeport in the Bahamas. As this cruise would take Cooke out of the United States, advance written permission from the Court is required.

Based upon the fact Cooke has been in compliance with the conditions of his supervision and he has paid his Court ordered financial obligations in full, this officer respectfully recommends the Court allow Cooke to take the cruise from South Carolina to the Bahamas, commencing on August 17, 2013, as requested.

RE:   COOKE, Dwight L.

This officer thanks the Court for its consideration in this matter. Should any questions arise or additional information be needed, this officer may be contacted at 564-7564.

Respectfully Submitted By,

Thomas A. Barbeau
United Sates Probation Officer

Reviewed and Approved;

Robert C. Frommeyer, Jr., Supervising
United States Probation Officer

---

**✓**   The Court hereby **grants** permission for the defendant to travel from the United States to the Bahamas via Carnival Cruise Lines between August 17, 2013 and August 21, 2013.

_____   The Court hereby **denies** permission for the defendant to engage in travel outside of the United States.

_____   Other: _____

The Honorable Sandra S. Beckwith
Senior United States District Judge

8/13/13
Date