IN UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| Vs | ) | Case No. 1:03CR000113-2 |
| DWIGHT L. COOKE | ) | |
| | ) | |

ORDER TERMINATING SUPERVISED RELEASE

The above named defendant commenced a five year term of supervised release on August 24, 2012. His term is scheduled to expire on August 23, 2017. Based on the recommendation of the U.S. Probation Officer and for good cause shown, it is hereby ordered that the defendant is discharged from supervised release and that the proceedings in the case be terminated.

Dated this  5th  day of October, 2015

The Honorable Sandra S. Beckwith
Senior United States District Judge

UNITED STATES GOVERNMENT

# memorandum

DATE: September 28, 2015

FROM: Michelle A. Merrett
Program/Workforce Development Specialist
U.S. Probation Officer

SUBJECT: **COOKE, Dwight L.**
**Docket No.: 1:03CR000113-2**
**REQUEST FOR EARLY TERMINATION OF SUPERVISION**

TO: The Honorable Sandra S. Beckwith
Senior United States District Judge

The above-captioned defendant appeared before the Court for sentencing on February 22, 2005, after having entered pleas of guilty to Count One: Conspiracy to Possess with Intent to Distribute in Excess of 500 Grams of Cocaine and Marijuana, in violation of 21 U.S.C. §§ 846, 841(a)(1), 841(b)(1)(A), 841(b)(1)(B), and 841(b)(1)(D), and Count 33: Conspiracy to Commit Money Launder, in violation of 18 U.S.C. §§ 1956(h), (a)(1)(A)(I), and (b)(I). The defendant was sentenced to a term of imprisonment of 240 months on both counts to run concurrently. Upon his release from imprisonment, Cooke was ordered to serve a five year term of supervised release on Count One and a three year term of supervised release on Count 33, to run concurrently. His supervision began on August 24, 2012, and is scheduled to expire on August 23, 2017. As special conditions of supervision, the defendant was ordered to participate in substance abuse treatment, to submit to one drug test within 15 days of release and at least two periodic drug tests thereafter, to provide all financial information requested by the probation officer, and to not open any news lines of credit or make purchases on existing lines of credit. The defendant was also ordered to pay a $5,000.00 fine and a $200.00 special assessment.

Cooke was placed on the Low Intensity supervision caseload in October 2013. The Low Intensity caseload was adopted in the Southern District of Ohio in April 2011, and has been implemented by U.S. Probation on a national level. The development of low intensity caseloads results in existing caseloads being reduced which allows officers to focus their efforts on the offenders who pose a greater risk of noncompliance or recidivism. This goal is consistent with the risk principle, which is the foundation of effective supervision and programming. The principle declares that criminal behavior can be predicted, offenders distinguished, and supervision and services provided based on the likelihood of future crime. Consistent with 18 U.S.C. §§ 3564(c) and 3583(e), and Monograph 109, Section 380.10, the probation officer may recommend and the Court has discretion to grant early termination after completion of one year of supervision. Transfer of an offender to the low intensity caseload can be a precursor for early termination from supervision.

Cooke has paid his special assessment and fine in full. Substance abuse treatment was deemed unnecessary for the defendant by the Court on September 24, 2012. All urine tests submitted by the defendant while on supervision have tested negative for the presence of illicit substances. Cooke has maintained stable residence and full-time employment, has incurred no criminal charges while on supervision, and has maintained a positive and cooperative attitude.

Based upon his compliance with supervision, it is respectfully recommended that the Court grant the defendant an early termination from supervised release. The U.S. Attorney's Office for the Southern District of Ohio was contacted, and it has no objection to the offender being granted an early release from supervision.

This officer thanks the Court for its consideration in this matter. Should the Court have any questions, this officer may be contacted at (513) 564-7556. An Order Terminating Supervised Release has been included with this memo should the Court be in agreement with this officer's recommendation.

Respectfully Submitted,

Michelle A. Merrett
Program/Workforce Development Specialist
U.S. Probation Officer

Reviewed and Approved,

Mark R. Grawe, Supervising
United States Probation Officer